# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 7:21-cr-01228

Nora Alaniz

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**
8th Floor Courtroom
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  7/7/2022

**TIME:**  01:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing


Date:   June 30, 2022

                                                                Nathan Ochsner, Clerk